IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MILTON K. BUNN,

       Petitioner,

v.                                          CASE NO. 5:13-cv-391-RS-CJK

N.C. ENGLISH,

       Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Petitioner's failure to prosecute and failure to comply with orders of the court.

3. The clerk is directed to close the file.

**ORDERED** on April 3, 2014.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**